# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA**

v.

**RAFAEL MOLINA**

**WARRANT FOR ARREST**

Case Number: **2:24-CR-00056-CB**
**\*SEALED\***

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   **RAFAEL MOLINA,**

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint

☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition

charging him or her with (brief description of offense)

**CONSPIRACY TO COMMIT MONEY LAUNDERING**

in violation of United States Title:Section(s)

**18 U.S.C. § 1956(h)**

| | |
|---|---|
| Nicholas DeLucia | Deputy Clerk |
| Name of Issuing Officer | Title of Issuing Officer |
| *Nicholas DeLucia* | 03/06/2024        Pittsburgh PA |
| Signature of Issuing Officer | Date and Location |

Bond to be set by U.S. Magistrate Judge.

## RETURN

This warrant was received and executed with the arrest of the above-named defendant

| | |
|---|---|
| 3/12/24 | SEAN HALLENBECK, DUSM |
| Date Received | Name and Title of Arresting Officer |
| 3/12/24 | *[signature]* |
| Date of Arrest | Signature of Arresting Officer |